# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC § § § § v. § § AMAZON.COM, INC., ET AL. § | Case No. 2:13-CV-883-JRG-RSP |

## **ORDER**

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on August 26, 2014 (Dkt. No. 52) recommending denial of Amazon's Motion to Dismiss Mobile Telecommunications Technologies ("MTEL") Indirect and Willful Infringement Claims (Dkt. 14, the "Motion"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that the Motion is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE